# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0960

_____

Joseph Harold Dickens, Jr.,

    Appellant,

v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

August 2, 2024

Per Curiam.

    Affirmed.

B.L. Thomas, Nordby, and Tanenbaum, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Adam Blair Wilson, Assistant Attorney General, Tallahassee, for Appellee.